# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CRYSTAL WATTS,  )<br>    Plaintiff,   )<br>               )<br>vs.            )<br>               )   Civil No. 6:24-cv-00120-GLJ<br>MARTIN O'MALLEY,   )<br>Commissioner of Social  )<br>Security,       )<br>    Defendant.   ) | |

## OPINION AND ORDER

Defendant, the Commissioner of Social Security (Commissioner), has filed an unopposed motion with this Court, pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the case to the Commissioner for further administrative proceedings. Upon further consideration, the Court finds Defendant's Unopposed Motion for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) [Docket No. 17] should be GRANTED.

Accordingly, the Court hereby **REVERSES** the Commissioner's decision in this matter and **REMANDS** the case to the Commissioner for further administrative proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

IT IS SO ORDERED on this 12th day of September 2024.

_____
**HON. GERALD L. JACKSON**
**UNITED STATED MAGISTRATE JUDGE**